JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN MAY, an individual,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>INTER-CON SECURITY SYSTEMS, INC., a California corporation; UNITED STATES MARSHALS SERVICE; and DOES 1-20,<br><br>　　　　Defendants. | No. CV 17-5177 AB (ASx)<br><br>**[PROPOSED] ORDER OF REMAND TO STATE COURT**<br><br>Honorable Andre Birotte Jr. |

Pursuant to the Stipulation for Remand to State Court filed by the parties, IT IS HEREBY ORDERED that:

1. The above-captioned action is remanded to the Superior Court of the State of California, County of Los Angeles; and

2. Each party shall bear his or its own attorney's fees, costs and expenses.

DATED:   August 15, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

  /s/ Erika Johnson-Brooks
ERIKA JOHNSON-BROOKS
Assistant United States Attorney

Attorneys for Federal Defendant
United States Marshals Service

1